UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                        )
                                         )
JASON STEPHAN BRONSON                    )        CASE NO.  06-10278
BARBARA ANN BRONSON                      )        Chapter 13
                    DEBTOR(S)            )

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. Section 347(a) and Fed. Rules

of Bankruptcy Procedure Rule 3011, Donald M. Aikman, the Standing Chapter 13 Trustee in this

case, has deposited with the Clerk of this Court unclaimed funds to which a creditor is entitled

and described as follows:

1.  That Trustee has been unable to locate the Debtors for whom he holds the sum of

    $9.73 representing distributions to which said Debtors are entitled because they

    overpaid their case.  Trustee's bookkeeper was informed that Mr. Bronson was

    deployed overseas.

2.  That the Debtors' last known address is:  4720 Druid Hills, Apt. 108, Fort Wayne, IN,

    46825.

3.  That Trustee has deposited with the Clerk of this Court the said sum of $9.73 for the

    aforesaid Debtors to be disposed of under Chapter 129 of Title 28.

DATED:  October 8, 2010              /s/Donald M. Aikman
                                     Donald M. Aikman, Chapter 13 Trustee
                                     203 West Wayne Street, Suite 400
                                     Fort Wayne, IN  46802
                                     Telephone:  260/422-7062

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this   day   he mailed a true and complete
copy of the above and foregoing by United States mail, postage prepaid, to the following:

Jason and Barbara Bronson, 4720 Druid Hills, Apt. 108, Fort Wayne, IN, 46825

and electronically mailed by the court's ECF system to :

United States Trustee:  ustpregion10.so.ecf@usdoj.gov
William Harris:  wharris.bankruptcy@mossharris.com

/s/Donald M. Aikman
Donald M. Aikman
